# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

161972

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

ERIK NATHANIEL MUEHLENBEIN,
　　　Defendant-Appellant.

SC:  161972
COA:  353242
Oakland CC:  2002-182924-FC

_____/

　　　On order of the Court, the application for leave to appeal the May 27, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



b0419

Clerk